[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11293
Non-Argument Calendar

_____

D.C. Docket No. 4:11-cr-00047-RH-WCS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THADDEUS BATTLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(October 5, 2012)

Before DUBINA, Chief Judge, TJOFLAT and KRAVITCH, Circuit Judges

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Thaddeus Battle in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.

Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Battle's conviction and sentence are **AFFIRMED**.